THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CURTIS A. KIN (No. 187106)
Assistant United States Attorney
Chief, Domestic Security & Immigration Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6772
    Facsimile: (213) 894-6436
    Email: Curtis.Kin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 99-1178(A)-CBM |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER DISMISSING COUNTS NINE THROUGH THIRTEEN OF THE FIRST SUPERSEDING INDICTMENT |
| v. | ) |
| MARVIN BUTLER, | ) |
| Defendant. | ) |

The government's motion to dismiss counts nine through thirteen of the first superseding indictment as to defendant MARVIN BUTLER is hereby granted.

IT IS SO ORDERED.


Dated: June 5, 2008                    _____
                                       HON. CONSUELO B. MARSHALL
                                       UNITED STATES DISTRICT JUDGE

Presented by:

_____/S/_____
CURTIS A. KIN
Assistant United States Attorney